# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARL CHEVROLET, INC., et al., <br><br> Defendants. | Case No. 14-cv-01207-JST <br><br> **ORDER TO FILE STIPULATION OF DISMISSAL** <br><br> Re: ECF No. 25 |

As of July 25, 2014, the parties to this case have settled this action. See ECF No. 25. Accordingly, all deadlines and hearings in this case are VACATED. By September 2, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on September 17, 2014 at 2:00PM, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with this deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: July 29, 2014

_____
JON S. TIGAR
United States District Judge