UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CARL CHEVROLET, INC., et al.,<br><br>            Defendants. | Case No.  14-cv-01207-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 27 |

The parties have filed a stipulation of dismissal dated August 19, 2014, stating that they have agreed to a settlement of this action.  ECF No. 27.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 19, 2014

                                                            _____
                                                            JON S. TIGAR
                                                            United States District Judge